## ASA FORTNEY v. STATE.

No. A.-7760.  Opinion Filed Dec. 13, 1930.
(294 Pac. 1119.)

John V. Roberts and John A. Remy, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM.  The plaintiff in error, hereinafter called defendant, was convicted in the district court of Logan county on a charge of larceny of domestic animals, and his punishment fixed at imprisonment in the state penitentiary for a term of two years.

No briefs in support of the appeal have been filed.  At the time the case was assigned for argument, defendant's counsel appeared and stated they desired to abandon the appeal and asked that the court affirm the judgment.

The case is affirmed.